STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA
Special Assistant United States Attorney
TELEPHONE (510) 970-4820
FACSIMILE (415) 744-0134
Lynn.Harada@ssa.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIRGEN GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 8:21-cv-01139-KES<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of NINETEEN THOUSAND DOLLARS and ZERO CENTS ($19,000.00), and costs under 28 U.S.C. § 1920, in the amount of NINE HUNDRED NINETY-TWO DOLLARS AND

/ / /

1

1
2  EIGHTEEN CENTS ($992.18), subject to the terms of the above-referenced
3  Stipulation.
4      Dated: August 13, 2024
5
6                                THE HONORABLE KAREN E. SCOTT
7                                UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28